U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

SEP 1 3 2017

TONY R. MOORE, CLERK
BY: _____
DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

| | |
|---|---|
| **TONY ORY** | * **CIVIL ACTION NO. 2:17-CV-00005** |
| | * |
| **v.** | * |
| | * **JUDGE UNASSIGNED** |
| **BRITISH AMERICAN INS. CO., ET AL.** | * |
| | * |
| | * **MAGISTRATE JUDGE KAY** |
| | * |
| | * |

**************************************************************************

## ORDER

For the reasons stated in the Report and Recommendation (Rec. Doc. 20) of the Magistrate Judge previously filed herein, after an independent review of the record,[1] a *de novo* determination of the issues, noting the absence of any objections, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the plaintiff's Motion to Remand (Rec. Doc. 8) is **DENIED**.

Alexandria, Louisiana, this 12 day of September, 2017.

DEE D. DRELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

---

[1] It is noted that Defendants' attachments to its Memorandum in Opposition to Plaintiff's Motion to Remand (Rec. Doc. 19) are not in compliance with the requirements set forth in Federal Rule of Civil Procedure 5.2(a) and Local Rule 5.7.12 regarding the protection of personal privacy. The court cautions the parties to comply with these rules in future filings.

1